<span style="color:red">FILE COPY</span>



# Court of Appeals

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

July 6, 2015

Danny Shead
TDCJ-ID#01484832
Tulia Transfer Facility
400 Hwy 86 West
Tulia, TX 79088

Warren L. Clark
Asst. Criminal District Attorney
Randall County Justice Center
2309 Russell Long Blvd., Suite 120
Canyon, TX 79015
* DELIVERED VIA E-MAIL *

**RE:**   Case Number:  07-15-00164-CV, 07-15-00165-CV, 07-15-00166-CV
Trial Court Case Number: 8460B, 8461B, 19154B

**Style:** Danny Shead v. The State of Texas

Dear Mr. Shead and Counsel:

Appellee's brief is filed on Wednesday, July 01, 2015.

Very truly yours,

*Vivian Long*
VIVIAN LONG, CLERK